[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-15776
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 18, 2007
THOMAS K. KAHN
CLERK

D.C. Docket No. 04-02471-CV-T-17-MSS

SHARON WILDER,

Plaintiff-Appellant,

versus

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 18, 2007)**

Before BIRCH, BLACK and COX, Circuit Judges.

PER CURIAM:

Sharon Wilder appeals from the final judgment of the district court denying

summary judgment to her and granting summary judgment to Sedgwick Claims

Management Services, Inc. (Sedgwick) in her action to recover long-term disability benefits under an ERISA plan.

The sole issue on this appeal is whether the district court erred in granting Sedgwick summary judgment (and denying Wilder summary judgment) based upon its determination that Sedgwick's denial of Wilder's claim was not arbitrary and capricious.

After careful review, we conclude that Sedgwick was properly granted summary judgment for the reasons stated in Part IV of the district court's opinion. (R.1-31 at 9-22.)

**AFFIRMED.**